**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In the Matter of:*<br><br>*Grand Jury Investigation* | No. 2:23-mc-50665-LJM<br><br>Hon. Laurie J. Michelson |

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America (the "Government") respectfully submits this notice of attorney appearance to apprise the Court that the undersigned is entering an appearance as co-counsel for the Government in this matter.

> Respectfully submitted,
>
> GLENN S. LEON
> Chief, Fraud Section
> Criminal Division
> United States Department of Justice
>
>
> /s/ *Amanda Fretto Lingwood*
> Amanda Fretto Lingwood
> Trial Attorney
> DC Bar No. 1018284
> amanda.fretto.lingwood@usdoj.gov
>
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005
> 202-514-2000