# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In the Matter of:*  *Grand Jury Investigation* | No. 2:23-mc-50665-LJM  Hon. Laurie J. Michelson |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America (the "Government") respectfully submits this notice of attorney appearance to apprise the Court that the undersigned is entering an appearance as co-counsel for the Government in this matter.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

/s/ *Cory E. Jacobs*
Cory E. Jacobs, Assistant Chief
New York Bar No. 4761953
cory.jacobs@usdoj.gov

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
202-514-2000