UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re Grand Jury

        Plaintiff(s),                          Case No. 23-mc-50665

v.                                                Honorable Laurie J. Michelson

                                                      Magistrate Judge

        Defendant(s).
                                                  /

**ORDER OF RECUSAL AND REASSIGNMENT**

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: June 22, 2023                                    s/Laurie J. Michelson
                                                               Laurie J. Michelson
                                                               U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Judith E. Levy.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: June 22, 2023                                    s/ S Schoenherr
                                                                  Deputy Clerk