UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Grand Jury

          Plaintiff(s),         Case No. 23-mc-50665

v.                                  Honorable Judith E. Levy

                                    Magistrate Judge

          Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. 23-20174. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Linda V. Parker and Magistrate Judge David R. Grand.

                                               s/Judith E. Levy
                                               Judith E. Levy
                                               United States District Judge

                                               s/Linda V. Parker
                                               Linda V. Parker
                                               United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: MISCELLANEOUS

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: June 22, 2023                      s/ S Schoenherr
                                               Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Linda V. Parker