# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| *In the Matter of:* | No. 2:23-mc-50665-LVP |
| *Grand Jury Investigation* | Hon. Linda V. Parker |

## NOTICE OF APPEARANCE FOR
## THE UNITED STATES OF AMERICA

Steven S. Michaels, United States Department of Justice, Criminal Division,

Fraud Section, enters his appearance as co-counsel for the United States of America

for the limited purpose of serving as a member of the Filter Team.  The United States

requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:  */s/ Steven S. Michaels*
STEVEN S. MICHAELS
Trial Attorney, Special Matters Unit
Criminal Division, Fraud Section
U.S. Department of Justice

1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 615-1483
Steven.Michaels@usdoj.gov

Dated: July 14, 2023