UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

*In the Matter of:*

*Grand Jury Investigation*

Case No: 23-mc-50665

Hon. Linda V. Parker

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** **Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following AUSA(s):*

Name: Timothy J. Coley
Bar ID: DC 997762
Telephone: 202-262-6631
Email: Timothy.J.Coley@usdoj.gov

                                       DAWN N. ISON
                                       United States Attorney

                                       *s/Timothy J. Coley*
                                       Timothy J. Coley
                                       Assistant Chief, SMU
                                       U.S. Department of Justice
                                       Criminal Division, Fraud Section
                                       1400 New York Avenue, N.W.
                                       Washington, D.C. 20005

Dated: July 20, 2023