UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

*In the Matter of:*

*Grand Jury Investigation*

Case No. 2:23-mc-50665-LVP

Hon. Linda V. Parker

## APPEARANCE OF JEFFREY B. MORGANROTH

TO:   Clerk of the Court

Please enter the Appearance of Jeffrey B. Morganroth of the law firm of Morganroth & Morganroth, PLLC as counsel for Scott J. Seligman in the above-entitled matter.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

 /s/ Jeffrey B. Morganroth
JEFFREY B. MORGANROTH
Attorney for Scott J. Seligman
344 North Old Woodward Avenue
Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com

Dated:  July 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system which will send notification of such filing to counsel in this matter registered with the electronic filing system.

                                          /s/ Jeffrey B. Morganroth
                                          JEFFREY B. MORGANROTH
                                          Attorney for Scott Seligman